# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157056(60)

SUNNYBROOK GOLF BOWL & MOTEL, INC.,

　　　　Petitioner-Appellant,

v

CITY OF STERLING HEIGHTS,

　　　　Respondent-Appellee.

SC: 157056
COA: 332357
MTT: 00-455797

_____/

　　　　On order of the Court, the motion for reconsideration of this Court's April 19, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2019

Clerk

a0722